

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-26-00300-CV

_____

IN RE JAMES R. FEHLEISON, Relator

_____

Original Proceeding
County Court at Law No. 3 of Tarrant County, Texas
Trial Court No. 2025-007700-3

_____

Before Bassel, Kerr, Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: May 12, 2026